**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carolann Grey, | No. CV 09-1807-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| First American Title Insurance Company; America's Servicing Company; US Bank National Association; Bank of America Funding 2007-6 Trust, | |
| Defendants. | |

Pending before the Court is Defendants' request for clarification (Doc. #16). Defendants ask the Court to tell them whether this case is stayed because, prior to filing this case, Plaintiff filed for bankruptcy. A Plaintiff filing bankruptcy does not trigger the automatic stay provisions of the bankruptcy rules. *See Martin-Trigona v. Champion Federal Savings & Loan*, 1988 WL 46596, *2 (N.D. Ill. 1988). Thus, the Court will not automatically stay this case. This order is without prejudice to either party moving to stay the case if cause can be shown or moving to dismiss the case if appropriate. *See Suniga v. America's Servicing Company*, 2009 WL 2358973 (D. Ariz. 2009).

/ / /

/ / /

/ / /

Therefore,

**IT IS ORDERED** that the request for clarification (Doc. #16) is granted to the limited extent that the Court advises the parties that this case is not stayed.

DATED this 21st day of October, 2009.

James A. Teilborg
United States District Judge